UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BALBUENA RUEDA, et al.,

                            Plaintiffs,                         22-CV-09587 (JMF)(SN)

           -against-                                    **ORDER**

980 COLUMBUS FOOD CORP., et al.,

                            Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 10, 2022, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. No later than a week after Defendant files an answer, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     November 14, 2022
                 New York, New York