UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MIGUEL BALBUENA RUEDA, *individually and on* :
*behalf of all other similarly situated*, :
:
                      Plaintiff, :     22-CV-9587 (JMF)
:
            -v- :     <u>ORDER</u>
:
980 COLUMBUS FOOD CORP. (d/b/a RANCH DELI), :
RANCH DELI (d/b/a RANCH DELI), ANWAR :
ALOKAM, and ADAL MOSAD SALEH, :
:
                      Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants in this action appear to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within three weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order on Defendants via first-class mail **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: December 21, 2022                      _____
      New York, New York                          JESSE M. FURMAN
                                                       United States District Judge