# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

December 21, 2022

**VIA ECF**
Hon. Jesse M. Furman
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

　　　　　　　　Re:　　Balbuena Rueda et al v. 980 Columbus Food Corp. et al.
　　　　　　　　　　　　Index. No.: 22-cv-09587-JMF

Your Honor:

　　　　This office represents Plaintiff in the above referenced matter. This letter is written to respectfully request an extension of time to file a default motion from January 11, 2023 to February 1, 2023. The reason for this request is because the undersigned counsel will be out of the office traveling overseas from December 21, 2022 and will return on January 9, 2023. This is the first such request.

　　　　We thank the Court for the time and attention devoted to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ramsha Ansari*
　　　　　　　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　　　Tel. No.: (212) 317-1200
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)　　Application GRANTED. Plaintiff shall serve a copy of this Order on Defendants via first-class mail within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED.

December 22, 2022

*Certified as a minority-owned business in the State of New York*