```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MIGUEL BALBUENA RUEDA, individually and on                        :
behalf of all other similarly situated,                           :
                                                                  :
                                Plaintiff,                        :    22-CV-9587 (JMF)
                                                                  :
                -v-                                               :         ORDER
                                                                  :
980 COLUMBUS FOOD CORP. (d/b/a RANCH DELI),                       :
RANCH DELI (d/b/a RANCH DELI), ANWAR                              :
ALOKAM, and ADAL MOSAD SALEH,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of the fact that no defendant has appeared, and that Plaintiff's motion for default judgment is due on February 1, 2023, the initial pre-trial conference scheduled for February 2, 2023, at 9:00 a.m. is ADJOURNED *sine die*.

Plaintiff shall serve a copy of this Order on Defendants via first-class mail **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: January 23, 2023  
      New York, New York

                                                    JESSE M. FURMAN  
                                                    United States District Judge