UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MIGUEL BALBUENA RUEDA, *individually and on* :
*behalf of all other similarly situated*, :
: 22-CV-9587 (JMF)
Plaintiff, :
: ORDER
-v- :
:
980 COLUMBUS FOOD CORP. (d/b/a RANCH DELI), :
RANCH DELI (d/b/a RANCH DELI), ANWAR :
ALOKAM, and ADAL MOSAD SALEH, :
:
Defendants. :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The show cause hearing scheduled for March 16, 2023, at 4:30 p.m. is RESCHEDULED to **March 14, 2023, at 4:30 p.m.**  The call-in information set forth in the Court's prior Order, ECF No. 37, remains the same.

    Plaintiff shall serve Defendants via mail with a copy of this Order **within one business day**.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: February 21, 2023
      New York, New York

                                        JESSE M. FURMAN
                                   United States District Judge