UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                           :

MIGUEL BALBUENA RUEDA, *individually and on*
*behalf of all others similarly situated*,

                           Plaintiff,

               -v-

980 COLUMBUS FOOD CORP., et al.,

                       Defendants.

-----------------------------------------------------------------------X

|  | 22-CV-9587 (JMF) |
| --- | --- |
|  | <u>ORDER WITHDRAWING</u> <u>REFERENCE TO</u> <u>MAGISTRATE JUDGE</u> |

JESSE M. FURMAN, United States District Judge:

On November 10, 2022, the Court referred this case to Magistrate Judge Netburn for

Settlement.  *See* ECF No. 12.  It is hereby ORDERED that the reference is WITHDRAWN.


         SO ORDERED.

Dated: April 4, 2023
       New York, New York

                                   JESSE M. FURMAN
                                   United States District Judge