# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
ramsha@csm-legal.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

April 17, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Balbuena Rueda et al v. 980 Columbus Food Corp. et al.
          Index. No.: 22-cv-09587-JMF

Your Honor:

This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to respectfully request an adjournment of the initial conference scheduled for April 20, 2023 until after the parties' June 12, 2023 mediation. The parties have agreed to exchange informal discovery consisting of all relevant documents for the mediation, and hold off on formal discovery. The parties believe that an initial conference will be more productive in the event that the mediation is unsuccessful. This is the first such request.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Ramsha Ansari
Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **June 29, 2023, at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

April 17, 2023

*Certified as a minority-owned business in the State of New York*