UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL BALBUENA RUEDA, *individually and on behalf of others similarly situated*,<br><br>       Plaintiff(s),<br><br>      -against-<br><br>980 COLUMBUS FOOD CORP. et al.,<br><br>       Defendant(s). | 22-CV-9587 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the pretrial conference on November 2, 2023 at 9:00 a.m. This conference will be held via Microsoft Teams. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: June 27, 2023
   New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge