# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ramsha@csm-legal.com

October 12, 2023

**VIA ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   <u>Balbuena Rueda et al v. 980 Columbus Food Corp. et al</u>.
       Index. No.: 22-cv-09587-JGLC

Your Honor:

This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defendants to respectfully request an adjournment of the pre-trial conference scheduled for November 2, 2023 at 9:00 a.m.  The parties will be participating in a mediation that same day at 11:00 a.m. and hope to reach a resolution in this matter at that time.  The parties have exchanged informal discovery consisting of all relevant documents for the mediation.  This is the second such request.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Jarret Bodo
Jarret Bodo, Esq.

cc: All counsel (VIA ECF)

Application GRANTED. The pretrial conference scheduled for November 2, 2023 is hereby ADJOURNED. The parties are directed to file a joint status letter regarding the mediation by **November 9, 2023**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 16, 2023
        New York, New York

*Certified as a minority-owned business in the State of New York*