```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL BALBUENA RUEDA, et al.,

                                 Plaintiffs,

      -against-

980 COLUMBUS FOOD CORP., et al.,

                                Defendants.
-----------------------------------------------------------------X

22-CV-09587 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties reached a settlement in principle after the Court held a settlement conference. By July 19, 2024, the parties shall file their proposed settlement agreement for the Court to review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     July 10, 2024
                  New York, New York