UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL BALBUENA RUEDA,, *individually and on behalf of others similarly situated,*

                       *Plaintiff,*

          -against-

980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), RANCH DELI (D/B/A RANCH DELI), ANWAR ALOKAM, and ADAL MOSAD SALEH A/K/A ALI SALEH,

                       *Defendants.*

---

**1:22-cv-09587**

**<u>SETTLEMENT AGREEMENT</u>**
**<u>AND</u>**
**<u>RELEASE</u>**

---

This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiff, MIGUEL BALBUENA RUEDA, on the one hand, 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), RANCH DELI (D/B/A RANCH DELI), ANWAR ALOKAM, and ADAL MOSAD SALEH A/K/A ALI SALEH, (Collectively, "Defendants"), on the other hand.

**WHEREAS,** Plaintiff alleges that he worked for Defendants as an employee; and

**WHEREAS,** a dispute has arisen regarding Plaintiff's alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 1:22-cv-09587 (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

**WHEREAS,** Defendants deny any violation of federal and state wage and hour and overtime laws; and

**WHEREAS,** the parties desire to resolve all disputes between them without the necessity of further litigation;

**NOW, THEREFORE,** in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. **<u>Consideration</u>**: Defendants shall pay or cause to be paid to Plaintiff, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of all claims Plaintiff had against Defendants in the Litigation through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiff, the gross sum of **Forty Five Thousand Dollars and No Cents ($45,000.00)** (the "Settlement Amount") to be paid to

1

Plaintiff's attorneys in twenty-five ("25") installments, as follows:

   (a) Installment One: Within thirty days (30) of this Agreement being approved by the Court, Defendants shall deliver the first installment payment in the gross amount of Five Thousand Dollars and No Cents ($5,000.00) to Plaintiff's Counsel by a check made payable to CSM Legal, P.C.

   (b) Installments Two through Twenty-Five: A check in the amount of One Thousand Six Hundred and Sixty-Six Dollars and Sixty-Six Cents ($1,666.66), each made payable to CSM Legal, P.C. Each Installment Payment shall be received and payable no later than thirty days after the preceding installment became due.

   (c) Concurrently with the execution of this Agreement, Defendants 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), ANWAR ALOKAM, and ADAL MOSAD SALEH A/K/A ALI SALEH, and ASHRAF MOUSA, shall each execute and deliver to Plaintiff's counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto within Exhibit "A". The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiff's counsel and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear Plaintiff's counsel's escrow account, or Defendants fail to deliver the payments to Plaintiff's counsel within thirty days of the Court approving the Agreement, and (ii) Defendants fail to cure such default within ten (10) days of receipt of written notice to be emailed to Defendants' Counsel Michael K. Chong at MKC@mkclawgroup.com.

   (d) All payments shall be delivered to the office of CSM Legal, P.C. to the attention of Catalina Sojo, Esq., 60 East 42nd Street, Suite 4510, New York, NY 10165.

     2.    **Release and Covenant Not To Sue**: Plaintiff hereby expressly waives, releases, and discharges any and all claims that they had against Defendants, or any of Defendants' respective owners, officers, directors, agents, attorneys, employees or representatives, or their successors in interest, arising out of or in connection with this Litigation and the federal and New York State wage and hour claims made therein.

     3.    **No Admission of Wrongdoing**: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

     4.    **Modification of the Agreement**: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiff and Defendants.

     5.    **Acknowledgments**: Plaintiff acknowledges that he has been fully and fairly represented by counsel in this matter. Plaintiff and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6. **Notices:** Notices required under this Agreement shall be in writing, by email, and shall be deemed given upon electronic transmission thereof. Notice hereunder shall be delivered, by email, to:

To Plaintiff:

Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: catalina@csm-legal.com

To Defendants:

Michael K. Chong
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 240
Fort Lee, NJ 07024
201-947-5200
Email: MKC@mkclawgroup.com

7. **Governing Law:** This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York in any subsequent proceeding to enforce this Agreement.

8. **Enforceability:** If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

9. **Release Notification:** Plaintiff discussed the terms of this Agreement and release of claims with his legal counsel and Plaintiff acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

10. **Counterparts:** To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto,

notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

PLAINTIFF:

_Miguel Balbuena R_    Dated: _07 - 18 - 2024_
MIGUEL BALBUENA RUEDA

DEFENDANTS:

_Aأحمد_
980 COLUMBUS FOOD CORP. (D/B/A    Dated: _____
RANCH DELI

_Aأحمد_
RANCH DELI (D/B/A RANCH DELI)    Dated: _____

_Aأحمد_
ANWAR ALOKAM    Dated: _____

_____
ADAL MOSAD SALEH    Dated: _____

4

EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------x

MIGUEL BALBUENA RUEDA, *individually and* :
*on behalf of others similarly situated* :
                                :
                                : Index No.:
              Plaintiff, :
                                :
       -against- : **AFFIDAVIT OF CONFESSION OF**
                                : **JUDGMENT**
980 COLUMBUS FOOD CORP. (D/B/A RANCH :
DELI), RANCH DELI (D/B/A RANCH DELI), :
ANWAR ALOKAM, and ADAL MOSAD SALEH :
A/K/A ALI SALEH, :
                                :
            Defendants :

-----------------------------------x

STATE OF NEW YORK    )
                   : ss.:
COUNTY OF _____ )

_Anwar Alokam_, [print name] being duly sworn, deposes and says:

1.    I am the defendant in this action.

2.    I reside at _451 West 5/St_ (street address and apartment) in the County of _New York_ (print clearly), New York.

3.    I, _Anwar Alokam_ (print legal name clearly), am the _____ (title) of 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI). I am duly authorized to make this affidavit of confession of judgment on behalf of 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI).

4.    980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), maintains its principal place of business in New York County at 980 Columbus Ave, New York, NY 10025.

5.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff MIGUEL BALBUENA RUEDA ("Plaintiff") on the one hand, 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), RANCH DELI (D/B/A RANCH DELI), ANWAR ALOKAM, and ADAL MOSAD SALEH A/K/A ALI SALEH, (collectively, Defendants), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI) in favor of Plaintiff for the sum of Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement).

6.    This affidavit of confession of judgment is for a debt justly due to Plaintiff under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that

Defendants are to submit a total sum of Forty-Five Thousand Dollars and Zero cents ($45,000.00) to Plaintiff. The amount of this affidavit of confession of judgment represents the settlement amount of Forty-Five Thousand Dollars and Zero cents ($45,000.00).

7.      This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

8.      I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York County of New York as a judgment for Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement), against 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI).

9.      The Defendants have executed three (3) separate Confessions of Judgment for the settlement amount of Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement). Plaintiff is restricted and limited to a total amount of this amount, jointly and or severally from the three (3) separate Confessions of Judgment. Plaintiff cannot seek to file the three (3) separate Confessions of Judgment separately each for Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement).

**980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI)**

By: _____
                    (signature)

_Anwar Alokam_
           Name (print clearly)

_President_
           Title (print clearly)

STATE OF NEW YORK )
                                    ) ss.:
COUNTY OF _New York_ )

On _August 20_, 2024, before me personally came _Anwar Alokam_, to me known, who, by me duly sworn, did depose and say that deponent resides at _105 W 104 St, 5E NYNY_, that deponent is the _Manager_ (title) of 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), and was authorized to do so.

_____
Notary Public

MARIA C. CASERES
Notary Public, State of New York
No. 31-4926158
Qualified in New York County
Certificate filed in New York County
Commission Expires 8/11/26

7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------x
MIGUEL BALBUENA RUEDA, *individually and* :
*on behalf of others similarly situated*                    :
                                                                        :    Index No.:
                        Plaintiff,                                :
                                                                        :
            -against-                                         :    **AFFIDAVIT OF CONFESSION OF**
                                                                        :    **JUDGMENT**
980 COLUMBUS FOOD CORP. (D/B/A RANCH :
DELI), RANCH DELI (D/B/A RANCH DELI),      :
ANWAR ALOKAM, and ADAL MOSAD SALEH :
A/K/A ALI SALEH,                                          :
                                                                        :
                        Defendants                          :
------------------------------------x

STATE OF NEW YORK    )
                                       : ss.:
COUNTY OF                  )

    I, ___Anwar Alokam___ (print legal name clearly) **ANWAR
ALOKAM**, being duly sworn, deposes and says:

    1.    I reside at ___451 West 44st___
(street address and apartment) in the County of ___New York___ (print clearly),
New York.

    2.    Pursuant to the terms of the Settlement Agreement and Release by and between
Plaintiff MIGUEL BALBUENA RUEDA ("Plaintiff") on the one hand, 980 COLUMBUS FOOD
CORP. (D/B/A RANCH DELI), RANCH DELI (D/B/A RANCH DELI), ANWAR ALOKAM,
and ADAL MOSAD SALEH A/K/A ALI SALEH, (collectively, Defendants), on the other hand,
to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against
ANWAR ALOKAM in favor of Plaintiff for the sum of Forty-Five Thousand Dollars and Zero
cents ($45,000.00) (less any payments made under the settlement agreement.

    3.    This affidavit is made upon good and valuable consideration, the sufficiency of
which I acknowledge on behalf of Defendants, including, without limitation, the terms and
provisions of the Settlement Agreement.

    4.    I hereby represent my understanding that upon Defendants' breach of the
Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and
entered in the Supreme Court of the State of New York County of _____ (PRINT
CLEARLY) as a judgment for Forty-Five Thousand Dollars and Zero cents ($45,000.00) in full,
less any payments made with credit for any payment received under this under the Settlement
Agreement, to be applied upon execution, against me, ANWAR ALOKAM.

8

5.    The Defendants have executed three (3) separate Confessions of Judgment for the settlement amount of Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement). Plaintiff is restricted and limited to a total amount of this amount, jointly and or severally from the three (3) separate Confessions of Judgment. Plaintiff cannot seek to file the three (3) separate Confessions of Judgment separately each for Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement).

By: _____ ANWAR ALOKAM

**ANWAR ALOKAM**
(print legal name clearly)

_____
(signature)

Sworn to before me this

20 day of August 2024

_____
Notary Public

MARIA C. CASERES
Notary Public, State of New York
No. 31-4926158
Qualified In New York County
Certificate filed in New York County
Commission Expires 8/11/26

9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

MIGUEL BALBUENA RUEDA, *individually and* :
*on behalf of others similarly situated* :
                                        :   Index No.:
                    Plaintiff,     :
                                         :
          -against-           :   **AFFIDAVIT OF CONFESSION OF**
                                         :   **JUDGMENT**

980 COLUMBUS FOOD CORP. (D/B/A RANCH :
DELI), RANCH DELI (D/B/A RANCH DELI), :
ANWAR ALOKAM, and ADAL MOSAD SALEH :
A/K/A ALI SALEH, :
                                         :
                 Defendants    :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                     : ss.:
COUNTY OF          )

    I, ___Adal Saleh___ (print legal name clearly) **ADAL MOSAD SALEH A/K/A ALI SALEH**, being duly sworn, deposes and says:

    1.    I reside at ___538 9th Avenue.___ (street address and apartment) in the County of ___New York___ (print clearly), New York.

    2.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff MIGUEL BALBUENA RUEDA ("Plaintiff") on the one hand, 980 COLUMBUS FOOD CORP. (D/B/A RANCH DELI), RANCH DELI (D/B/A RANCH DELI), ANWAR ALOKAM, and ADAL MOSAD SALEH A/K/A ALI SALEH, (collectively, Defendants), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against ADAL MOSAD SALEH A/K/A ALI SALEH in favor of Plaintiff for the sum of Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement.

    3.    This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

    4.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York County of _____ (PRINT CLEARLY) as a judgment for Forty-Five Thousand Dollars and Zero cents ($45,000.00) in full, less any payments made with credit for any payment received under this under the Settlement Agreement, to be applied upon execution, against me, ADAL MOSAD SALEH A/K/A ALI

10

SALEH.

5.    The Defendants have executed three (3) separate Confessions of Judgment for the settlement amount of Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement). Plaintiff is restricted and limited to a total amount of this amount, jointly and or severally from the three (3) separate Confessions of Judgment. Plaintiff cannot seek to file the three (3) separate Confessions of Judgment separately each for Forty-Five Thousand Dollars and Zero cents ($45,000.00) (less any payments made under the settlement agreement).

By: _____

**ADAL MOSAD SALEH**
(print legal name clearly)

_____
(signature)

Sworn to before me this

30th day of JULY _____ 2024

_____
Notary Public

JAYESH B JAIN
My Commission Expires
June 10, 2025