```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL BALBUENA RUEDA, et al.,

                Plaintiffs,              22-CV-09587 (SN)

    -against-                        ORDER

980 COLUMBUS FOOD CORP., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In this Fair Labor Standards Act case, the parties filed their proposed settlement agreement for the Court to review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). "The fairness review required by Cheeks 'extends to the reasonableness of attorneys' fees and costs.'" Almanzar v. Silver Star Props. Corp., No. 23-cv-819 (GWG), 2023 WL 6979460, at *2 (S.D.N.Y. Oct. 24, 2023). The parties' proposed settlement agreement does not indicate the agreed-upon fee award. Accordingly, by September 4, 2024, Plaintiffs' counsel shall file a letter indicating whether they are recovering fees from the settlement agreement, and if so, in what amount.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    August 29, 2024
                New York, New York