UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 8/30/2024 ___

MIGUEL BALBUENA RUEDA, et al.,

                              Plaintiffs,                    22-CV-09587 (SN)

          -against-                                          **ORDER OF DISMISSAL**

980 COLUMBUS FOOD CORP., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties reached a settlement in principle at the

June 21, 2024 settlement conference. On August 26, 2024, the parties submitted a proposed

settlement agreement for the Court to review pursuant to Cheeks v. Freeport Pancake House, 796

F.3d 199 (2d Cir. 2015); ECF No. 99. Three days later, in response to a request from the Court,

Plaintiffs' counsel provided additional information regarding attorneys' fees. Having reviewed

the proposed settlement and the letter from Plaintiffs' counsel, the Court determines that the

settlement is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED

with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 30, 2024
           New York, New York